UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BROWN, | : | |
| | : | |
| Plaintiff | | CIVIL ACTION NO. 3:18-0487 |
| | : | |
| v | | |
| | : | (JUDGE MANNION) |
| C. GREEN, *et al.*, | | |
| | : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiffs' complaint, as barred by *res judicata* (Doc. 22) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's motions for temporary restraining order and preliminary injunction (Docs. 7, 32) are **DISMISSED** as moot.

4. Plaintiff's motions to amend (Docs. 28, 35) are **DENIED.**

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 19, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0487-01-ORDER.wpd